IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02278-KLM

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

GAYLE PROTTSMAN,
JENNIFER NEECE,
KENNETH NEECE,
LENORE CARRILLO,
TAMMARA GARNER,
SHERRIE DERR,
BARBARA PROTTSMAN, and
EMC INSURANCE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Voluntary Dismissal without Prejudice** [#43] (the "Motion") pursuant to Fed. R. Civ. P. 41(a)(2).

    IT IS HEREBY **ORDERED** that the Motion [#43] is **DENIED without prejudice**. Due to constraints regarding dismissal of parties who have not entered appearances and who have not consented to the jurisdiction of the undersigned, Plaintiff may achieve its request for voluntary dismissal of this action without prejudice by (1) filing a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as to Defendants Gayle Prottsman, Lenore Carillo, Tammara Garner, and Barbara Prottsman, and (2) then filing a motion pursuant to Fed. R. Civ. P. 41(a)(2) as to the remaining Defendants.

    Dated:  March 23, 2015