IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02278-KLM

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,

    Plaintiff,

v.

JENNIFER NEECE,
KENNETH NEECE,
SHERRIE DERR, and
EMC INSURANCE,

    Defendants.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Voluntary Dismissal Without Prejudice of Claims Against Defendants Jennifer Neece, Kenneth Neece, Sherrie Derr, and EMC Insurance** [#47] (the "Motion") pursuant to Fed. R. Civ. P. 41(a)(2).[1]

IT IS HEREBY **ORDERED** that the Motion [#47] is **GRANTED**.

IT IS FURTHER **ORDERED** that this case is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: May 5, 2015

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge

---

[1] The case has been referred to the undersigned for all purposes pursuant to the Court's Pilot Program and 28 U.S.C. § 636(c), upon consent of the parties. [#32, #33].